**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

```
FRANCISCO PAUL VELDEZ
GONZALEZ,                         :
                                           Civil Action No.  12-7679 (RBK)
          Petitioner,             :

     v.                           :         ORDER

JORDAN R. HOLLINGSWORTH           :

          Respondent.             :
```

Petitioner having filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241; and Petitioner having paid the filing fee;

IT IS on this   24th   day of   May  , 2013,

ORDERED that the Petition for a Writ of Habeas Corpus is DISMISSED; and it is further

ORDERED that the Motion for Court Order [9] is DENIED as moot; and it is further

ORDERED that the Clerk of the Court shall serve this Order and the accompanying Opinion on Petitioner by regular mail, and shall close the file.

```
                              S/Robert B. Kugler
                              Robert B. Kugler
                              United States District Judge
```